UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DORISE ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16 CV 1576 RWS |
| | ) | |
| NORTH AMERICAN CENTRAL | ) | |
| SCHOOL BUS d/b/a | ) | |
| Missouri Central School Bus and | ) | |
| ALBERT CARMEL, | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that**

Defendant North American Central School Bus, LLC. shall have summary

judgment in this matter and that the claims of Plaintiff Dorise Robinson are

**DISMISSED** with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of May, 2019.